1  ROBERT P. HENK    (147490)
2  SHERI L. LEONARD (173544)
   **HENKLEONARD**
3  **A Professional Law Corporation**
4  2260 Douglas Blvd., Suite 200
   Roseville, CA 95661
5  Telephone:   (916) 787-4544
   Fax:         (916) 787-4530
6
7  Attorneys for Plaintiff
   **STEPHEN F. FUZIE**
8
9  KEITH A. WATTS    (208491)
   Keith.watts@ogletreedeakins.com
10 CHRISTOPHER J. ARCHIBALD (253075)
   Christopher.archibald@ogletreedeakins.com
11 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
12 Park Tower, Suite 1500
   695 Town Center Drive
13 Costa Mesa, CA 92626
   Telephone:   (714) 800-7900
14 Fax:         (714) 754-1298
15
   Attorneys for Defendant,
16 **PHYSIOTHERAPY ASSOCIATES, INC.**
17
18              THE UNITED STATES DISTRICT COURT
19              EASTERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| **STEPHEN F. FUZIE**<br><br>    Plaintiff,<br><br>    vs.<br><br>**PHYSIOTHERAPY ASSOCIATES, INC.,** and **DOES 1 through 5**, inclusive,<br><br>    Defendant. | **CASE NO.:  12 CV 00137 JAM KJN**<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

Stipulation and [Proposed] Order for Request for Dismissal

1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated:  March 15, 2012            **HENKLEONARD**
*A Professional Law Corporation*


/s/ROBERT P. HENK_____
**ROBERT P. HENK**
Attorney for Plaintiff
**STEPHEN F. FUZIE**


Dated:  March 19, 2012            **OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**


/s/CHRISTOPHER  J. ARCHIBALD (as auth. On 3/19/12)
**KEITH A. WATTS
CHRISTOPHER J. ARCHIBALD**
Attorneys for Defendant
**PHYSIOTHERAPY ASSOCIATES, INC.**


**IT IS SO ORDERED.**


Dated:  3/30/2012            /s/ John A. Mendez_____
**HON. JOHN A. MENDEZ**

Stipulation and [Proposed] Order for Request for Dismissal

2

PDF created with pdfFactory trial version www.pdffactory.com