1  ROBERT P. HENK    (147490)
   SHERI L. LEONARD (173544)
2  **HENKLEONARD**
3  **A Professional Law Corporation**
   2260 Douglas Blvd., Suite 200
4  Roseville, CA 95661
5  Telephone:    (916) 787-4544
   Fax:          (916) 787-4530
6
7  Attorneys for Plaintiff
   **STEPHEN F. FUZIE**
8
   KEITH A. WATTS    (208491)
9  Keith.watts@ogletreedeakins.com
10 CHRISTOPHER J. ARCHIBALD (253075)
   Christopher.archibald@ogletreedeakins.com
11 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Park Tower, Suite 1500
12 695 Town Center Drive
13 Costa Mesa, CA 92626
   Telephone:    (714) 800-7900
14 Fax:          (714) 754-1298
15
   Attorneys for Defendant,
16 **PHYSIOTHERAPY ASSOCIATES, INC.**
17

18                THE UNITED STATES DISTRICT COURT
19                  EASTERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| **STEPHEN F. FUZIE** | **CASE NO.:  12 CV 00137 JAM KJN** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |
| **PHYSIOTHERAPY ASSOCIATES, INC.,** and **DOES 1 through 5**, inclusive, | |
| Defendant. | |

Stipulation and [Proposed] Order for Request for Dismissal

1

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated:  March 15, 2012          **HENKLEONARD**
                                *A Professional Law Corporation*


                                /s/ROBERT P. HENK_____
                                **ROBERT P. HENK**
                                Attorney for Plaintiff
                                **STEPHEN F. FUZIE**



Dated:  March 19, 2012          **OGLETREE, DEAKINS, NASH,**
                                **SMOAK & STEWART, P.C.**


                                /s/CHRISTOPHER J. ARCHIBALD (as auth. On 3/19/12)
                                **KEITH A. WATTS**
                                **CHRISTOPHER J. ARCHIBALD**
                                Attorneys for Defendant
                                **PHYSIOTHERAPY ASSOCIATES, INC.**


**IT IS SO ORDERED.**



Dated:  3/30/2012               /s/ John A. Mendez_____
                                **HON. JOHN A. MENDEZ**


Stipulation and [Proposed] Order for Request for Dismissal

2

PDF created with pdfFactory trial version www.pdffactory.com